IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DAN V. SHARP**                                                           **PETITIONER**

**v.**                                              **No. 3:19CV86-SA-JMV**

**UNITED STATES OF AMERICA**                                    **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice. In light of this ruling, any motion currently pending in this case is **DISMISSED** as moot.

**SO ORDERED**, this, the 16th day of July, 2019.

                                                                           /s/ Sharion Aycock
                                                                           U. S. DISTRICT JUDGE